UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AMY SAPEIKA, et al | ) | Case No. 3:20-cv-00068 |
| | ) | |
| Plaintiff, | ) | Judge Thomas M. Rose |
| | ) | |
| v. | ) | |
| | ) | |
| EVENFLO COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Upon Consideration of Defendant's Unopposed Motion to Stay All Proceedings in this action until the Judicial Panel on Multidistrict Litigation ("JPML") renders a final decision on whether to transfer this action to a Multidistrict Litigation, *In re Evenflo Co., Inc., Marketing, Sales Practices & Prods Liab. Litig.*, MDL No. 2938 (Doc. Nos. 1, 4), it is hereby **ORDERED** that:

1. Defendant's Unopposed Motion to Stay is **GRANTED.**

2. The Litigation, including but not limited to Defendant's deadline to move, answer, or otherwise plead to Plaintiff's Complaint, as well as all other proceedings and deadlines, are **STAYED** pending the JPML's final decision on whether this action will be transferred to the MDL.

Dated:  May 6, 2020

*s/Thomas M. Rose*
_____
UNITED STATES DISTRICT JUDGE